UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,                                    1: 98 Cr. 0055(PAC)

                                                             ORDER

                -against-

ANTOINE WILLIAMS

                Defendant.
-------------------------------------------------------X


HONORABLE PAUL A. CROTTY, United States District Judge:

        Pursuant to the VOSR held today, the Court orders the defendant is sentenced to

TIME SERVED. The Court revoked his current term of supervised release and imposed a

term of two years supervision. The Defendant is subject to all standard conditions of

supervised release.. The defendant is to be released forthwith. See transcript for details.


Dated:  New York, New York
        January 25, 2023


                                        SO ORDERED

                                        _____
                                        PAUL A. CROTTY
                                        United States District Judge